ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JULIANNE HARAYDA,                    )
                                     )        '08 CIV 4182
        Plaintiff,                   )
                                     )    Civil Action No. _____
    v.                               )
                                     )
STARBUCKS CORPORATION,               )
                                     )
        Defendant.                   )
                                     )

2008 MAY -1 PM 3:37
U.S. DISTRICT COURT
FILED

## DEFENDANT STARBUCKS CORPORATION RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the

Southern District of New York, I, the undersigned counsel of record for Defendant Starbucks

Corporation ("Starbucks"), certify that to the best of my knowledge and belief, the following are

parent companies, subsidiaries, or affiliates of Starbucks, which have any outstanding securities

in the hands of the public:

    Starbucks Corporation

    These representations are made in order that judges of this court may determine the need

for recusal.

Dated:  May 1, 2008

Respectfully submitted,

_Samidh Guha_
Samidh Guha
AKIN GUMP STRAUSS HAUER & FELD, LLP
590 Madison Avenue
New York, NY  10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
sguha@akingump.com

ATTORNEY FOR DEFENDANT
STARBUCKS CORPORATION