## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing Notice of Removal was served this 1st day of May, 2008 via first-class U.S. mail, postage prepaid, on the following:

Lester L. Levy
Michele F. Raphael
Natalie M. Mackiel
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022

_/s/ Samidh Guha_
Samidh Guha