**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
-----------------------------------X
Harayda


                                        NOTICE OF REASSIGNMENT

             -V-
                                        1:08 CV 4182 (LTS) (JCF)


Starbucks

-----------------------------------X
```

   Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

   JUDGE: Laura Taylor Swain

   All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 05/30/08

J. Michael McMahon, CLERK

by: _____
       Deputy Clerk

CC:  Attorneys of Record

CASE REDESIGNATED TO: James C. Francis

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004