UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Julianne Harayda on behalf of herself and all others similarly situated,**<br><br>　　　　　　　　　**Plaintiffs,**<br><br>　　vs.<br><br>**Starbucks Corporation,**<br><br>　　　　　　　　　**Defendant.** | Index No. 08-cv-4182 LTS<br><br>**APPEARANCE**<br><br>Electronically filed |

To the Clerk of this Court and all parties of record:

　　Please enter my appearance as counsel in this case for Plaintiff Julianne Harayda.

　　I certify that I am admitted to practice in this court.

Dated: New York, New York　　　　Respectfully submitted,
　　　　June 20, 2008

　　　　　　　　　　　　　　　　/s/ Natalie M. Mackiel
　　　　　　　　　　　　　　　　Natalie M. Mackiel (1948)
　　　　　　　　　　　　　　　　Wolf Popper LLP
　　　　　　　　　　　　　　　　845 Third Avenue, 12th Floor
　　　　　　　　　　　　　　　　New York, New York  10022
　　　　　　　　　　　　　　　　T: 212.759.4600
　　　　　　　　　　　　　　　　F: 212.486.2093
　　　　　　　　　　　　　　　　nmackiel@wolfpopper.com

Doc. 160264