**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
IN RE STARBUCKS EMPLOYEE
GRAVITY LITIGATION                      MASTER FILE
                                                                                    08 Civ. 3318 (LTS)

This Document Relates to:
All Actions


--------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Starbucks Corporation ("Starbucks") appears in this action by and through its undersigned counsel, Gregory W. Knopp, of Akin Gump Strauss Hauer & Feld LLP.

PLEASE TAKE FURTHER NOTICE that Starbucks hereby requests that copies of all papers and pleadings served in this action be served on the undersigned.

                                              Respectfully submitted,

DATED: June 25, 2008          /s/ Gregory W. Knopp
                                           Gregory W. Knopp (GK 5007)
                                           AKIN GUMP STRAUSS HAUER & FELD LLP
                                             2029 Century Park East
                                             Suite 2400
                                             Los Angeles, CA 90067
                                             Telephone: (310) 552-6436
                                             Facsimile: (310) 229-1001
                                             gknopp@akingump.com

                                             ATTORNEY FOR DEFENDANT
                                             STARBUCKS CORPORATION